SCOTT L. WOODALL (State Bar No. 181971)
AMY R. GOLTZ (State Bar No. 243078)
LAW OFFICE OF SCOTT L. WOODALL
2340 Santa Rita Road, Suite 5
Pleasanton, CA 94566
Telephone: (925) 600-0111
Facsimile: (925) 600-0003
scottlwoodall@yahoo.com

Attorneys for Plaintiff
TYLER SMITH

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
NORMAN LAU (State Bar No. 253690)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
cmellema@sonnenschein.com
jbutler@sonnenchein.com
nlau@sonnenschein.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
BRIAN HAR and IRA SPRATLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER SMITH,<br><br>            Plaintiff,<br><br>      vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; ALLSTATE INDEMNITY COMPANY, an Illinois Corporation; BRIAN HAR, an individual; IRA SPRATLEY, an individual, and DOES 1 TO 50 inclusive<br><br>            Defendants. | No. CV 10 0407 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADINGS TO SAME** |

Plaintiff Tyler Smith and Defendants Allstate Insurance Company, Allstate Indemnity Company, Brian Har, and Ira Spratley (collectively "Defendants"), hereby stipulate to the following:

1. Pursuant to the Court's March 9, 2010 order, Plaintiff will file a first amended complaint. The first amended complaint will differ in some respects from the proposed first amended complaint attached to the declaration of Scott Woodall, filed with this Court on March 4, 2010. The differences are not substantial and do not involve alleging additional facts.

2. On March 12, 2010, Plaintiff's counsel prepared a draft of the revised first amended complaint and sent that document to Defendant's counsel.

3. Defendants' counsel reviewed the revised first amended complaint they received on March 12, and do not object to Plaintiff filing that complaint instead of the one attached to Mr. Woodall's March 4, 2010 declaration. Defendants dispute, however, that Plaintiff is entitled to a jury trial, as noted in the revised complaint.

4. The answer Allstate Insurance Company and Allstate Indemnity Company filed with the Alameda County Superior Court on or about January 26, 2010 will serve as the answer to the first amended complaint.

5. Nothing in this stipulation affects the right of Brian Har and/or Ira Spratley to file a responsive pleading 21 days after filing and service of the first amended complaint.

/ / /

/ / /

/ / /

6. Nothing in this stipulation affects the right of Plaintiff to file a motion for remand.

IT IS SO STIPULATED:

Dated: March 19, 2010                           LAW OFFICES OF SCOTT L. WOODALL

                                                By _____/s/ Scott L. Woodall_____
                                                                SCOTT L. WOODALL

                                                Attorneys for Plaintiff
                                                TYLER SMITH

Dated: March 19, 2010                           SONNENSCHEIN NATH & ROSENTHAL LLP

                                                By _____/s/ Jeffry Butler_____
                                                                JEFFRY BUTLER

                                                Attorneys for Defendants
                                                ALLSTATE INSURANCE COMPANY,
                                                ALLSTATE INDEMNITY COMPANY,
                                                BRIAN HAR and IRA SPRATLEY

**Filer's Attestation**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 19, 2010                           By: _____/s/ Jeffry Butler_____

IT IS SO ORDERED:

                                                _____
                                                The
                                                [Signature: Susan Illston]
                                                Judge Susan Illston

                                                03/22/10

-2-
Case No. CV 10 0407 SI          STIPULATION AND [PROPOSED] ORDER RE PLTFF'S
                                FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADINGS TO SAME